SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW FALCON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br><br>MATHEW FALCON,<br>     Defendant. | CASE NO: 1:15-CR-00337-1 LJO<br><br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>Date: May 22, 2017<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

    The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from April 24, 2017 to May 22, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. The defendant's Informal Objections to be due on or before April 24, 2017. Formal Objections to be filed with the court on or before May 8, 2017. This stipulation is needed because the defendant's wife, Monica Soliz Falcon, is in possession of significant information, including her own medical records, which are indispensable for the preparation of Informal and Formal Objections to the Report Of The Probation officer. Because Ms. Soliz underwent emergency gallbladder surgery complicated by a pre-existing heart condition she has been hospitalized for the last five days and remains hospitalized. Because of her hospitalization, she has been unable to provide counsel with documentation necessary to

complete his Informal Objections to the Report Of The Probation Officer. For this reason, additional time is required for counsel to complete the defendant's Informal Objections.

The proposed date is the earliest setting, based on counsel's trial schedule.

Dated: March 27, 2017                                    /s/ Salvatore Sciandra
                                                         Attorney For Defendant
                                                         MATTHEW FALCONE

Dated: March 27, 2017                                    Phillip Talbert
                                                         Acting United States Attorney
                                                         By: /s/ Kimberly Sanchez
                                                         Approved by phone on March 27, 2017

## ORDER

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on May 22, 2017 at 8:30 AM. The defendant's Informal Objections to be due on or before April 24, 2017. Formal Objections to be filed with the Court on or before May 8, 2017

IT IS SO ORDERED.

   Dated:   **March 27, 2017**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE