SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW FALCON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATHEW FALCON,<br>    Defendant. | CASE NO: 1:15-CR-00337-1 LJO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>Date: June 5, 2017<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from May 22, 2017 to June 5, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. The schedule for informal and formal objections to remain as previously ordered. (See Doc. 26.) This stipulation is needed because counsel for defendant inadvertently set sentencing in this matter on a day when he had been previously scheduled to be on a brief prepaid and nonrefundable vacation.

/ / /

/ / /

/ / /

1

CASE NO: 1:15-CR-00337-1 LJO
STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER

The proposed date is the earliest possible setting, based on the Court's criminal law and motion calendar.

/ / /

Dated: April    ,2017	/s/ Salvatore Sciandra
	Attorney For Defendant
	MATTHEW FALCONE

Dated: April    , 2017	Phillip Talbert
	Acting United States Attorney
	By: /s/ Kimberly Sanchez
	Approved by email on April, 10 2017

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on June 5, 2017 at 8:30 AM. The schedule for the filing of informal and formal objections to remain as previously ordered. (See Doc. 26)

IT IS SO ORDERED.

Dated:   **April 11, 2017**	         /s/ Lawrence J. O'Neill
	UNITED STATES CHIEF DISTRICT JUDGE