| | |
|---|---|
| 1 | SALVATORE SCIANDRA, Bar No. 58256 |
| 2 | Law Offices of Salvatore Sciandra<br>4974 N. Fresno St., #551 |
| 3 | Fresno, California, 93726<br>Telephone: 559.233.1000 |
| 4 | Facsimile: 559.702.6697<br>Email: salsciandra@sbcglobal.net |
| 5 | Attorney for Defendant, MATHEW FALCON |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MATHEW FALCON,<br>Defendant. | CASE NO: 1:15-CR-00337-1 LJO<br><br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER (note changed date from stipulation due to court unavailability)<br><br>Date: July 24, 2017<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |
|---|---|

The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from June 26, 2017 to July 17, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill.

This stipulation is needed because the Court, at the last sentencing hearing, indicated that it would consider a lengthy continuance of sentencing and giving the defendant the opportunity to participate in a long term inpatient drug rehabilitation program. Counsel for Mr. Falcon is exploring several different treatment program options. Because the defendant is incarcerated at the Lerdo facility, communication between the defendant and counsel is difficult and time consuming. For that reason, this request is being made.

The proposed date is the earliest setting that would allow counsel to present to the Court viable drug treatment program options.

Dated: June 22, 2017

/s/ Salvatore Sciandra
Attorney For Defendant
MATTHEW FALCONE

Dated: June 22, 2017

Phillip Talbert
Acting United States Attorney
By: /s/ Kimberly Sanchez
Approved by phone on June 22, 2017

**ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, the sentencing hearing in this matter is continued from June 26, 2017 to July 24, 2017 at 8:30 AM.

IT IS SO ORDERED.

Dated: **June 22, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE