SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California,  93726
Telephone:  559.233.1000
Facsimile:  559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW FALCON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br><br>MATHEW FALCON,<br>          Defendant. | CASE NO:  1:15-CR-00337-1 LJO<br><br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>Date: August 14, 2017<br>Time: 8:30 AM<br>Courtroom:  LAWRENCE J. O'NEILL |

    The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from July 24, 2017 to August 14, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill.

    This stipulation is needed because the Court, at the initial sentencing hearing, indicated that it would consider a lengthy continuance of sentencing in order to give the defendant the opportunity to participate in a long term inpatient drug rehabilitation program. Counsel for Mr. Falcon continues to explore several different treatment program options. Because the defendant is incarcerated at the Lerdo facility, communication between the defendant and counsel is difficult and time consuming. Mail communication between counsel and the defendant has failed and privacy concerns of one of the programs has caused further delay. For these reasons, this

request is being made.

The proposed date is the earliest setting that would allow counsel to present to the Court viable drug treatment program options.

Dated: July 17, 2017                    /s/ Salvatore Sciandra
                                        Attorney For Defendant
                                        MATTHEW FALCONE

Dated: July 17, 2017                    Phillip Talbert
                                        Acting United States Attorney
                                        By: /s/ Kimberly Sanchez
                                        Approved by phone on July 15, 2017

## ORDER

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on August 14, 2017 at 8:30 AM

IT IS SO ORDERED.

Dated:   **July 17, 2017**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE