IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00337 |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MATTHEW PAUL FALCON, | |
| Defendant. | |

The above named defendant has been accepted to the Teen Challenge International inpatient drug treatment program located in Reedley, California for a period of up to one year.

IT IS HEREBY ORDERED that the defendant shall be released to Monica Soliz, on August 21, 2017 at 8:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **August 18, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE