SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
4974 N. Fresno St., #551
Fresno, California, 93726
Telephone: 559.233.1000
Facsimile: 559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, MATHEW FALCON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>MATHEW FALCON,<br>　　　　Defendant. | CASE NO: 1:15-CR-00337-1 LJO<br><br><br>STIPULATION TO CONTINUE STATUS CONFERENCE CURRENTLY SET FOR NOVEMBER 13, 2017 AND ORDER<br><br>Date: January 29, 2018<br>Time: 8:30 AM<br>Courtroom: LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that the sentencing status conference hearing in this action be continued from November 13, 2017 to January 29, 2018 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill.

**BACKGROUND**

On August 15, 2017 the Court granted defendant's request to continue sentencing and release him to Teen Challenge, a long term inpatient drug rehabilitation program. A sentencing status conference was set for September 25, to review defendant's progress in the program. On September 25, the Court found that the defendant was doing well and the Court continued the matter until November 13, for another status conference. The Court ordered that if the defendant

1

showed proof that he continues to do well in the program that he need not appear.

## STIPULATION

The stipulation set forth above, is justified in that counsel has received a letter from the defendant's counselor at Teen Challenge indicating that the defendant remains a student in good standing. (See attachment.) Since the objective of the November 13, status hearing is accomplished by the attached letter from Teen Challenge both counsel for the defendant and counsel for the government agree that it would be appropriate to vacate the November 13, hearing and continue the status conference to January 29, 2018.

In light of the fact that the defendant has a projected completion date of August 2018 it appears appropriate that another status conference be set on January 28, 2018, to further review the progress of defendant.

Dated: November 6, 2017  /*s*/ Salvatore Sciandra
Attorney For Defendant
MATTHEW FALCON

Dated: November 6, 2017  Phillip Talbert
Acting United States Attorney
By: /*s*/ Kimberly Sanchez
Approved by email on November 6 2017

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the status conference currently set for November 13, 2017 be vacated and be reset for January 29, 2018 at 8:30 AM. If the defendant continues in good standing at Team Challenge he is excused from appearing at the status conference.

IT IS SO ORDERED.

Dated: **November 7, 2017**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE